IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG** | : : : | **CIVIL ACTION** |
| **v.** | : : : | |
| **JAMES C. HAGGERTY, et al.** *in his official capacity as Board Chair of The Disciplinary Board of the Supreme Court of Pennsylvania* | : : : : : | **NO.: 20-cv-03822** |

## O R D E R

**AND NOW**, this **6TH** day of **AUGUST 2020**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Henry S. Perkin.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
**Clerk of Court**