IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **NO. 20-3822** |
| **JAMES C. HAGGERTY, et al.,** *Defendants.* | : : : | |

## ORDER

**AND NOW**, this **3rd** day of **September 2020**, it is hereby **ORDERED** that the parties must meet and confer regarding the time and steps they need to complete the pleadings, file a motion to dismiss (if any), file a response to the motion to dismiss, set an oral argument date for the motion to dismiss, as well as complete a record for motion(s) for summary judgment, file motion(s) for summary judgment, responses, replies, and set a date for oral argument on the motion(s) for summary judgment.

Counsel shall confer meet and confer on the above on or before **September 14, 2020**. Within five (5) days of this meet and confer, counsel shall prepare a draft scheduling order and request a status conference with the Court.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**
