**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZACHARY GREENBERG,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES C. HAGGERTY, in his official capacity as<br>Board Chair of The Disciplinary Board of the Supreme<br>Court of Pennsylvania, *et al.*<br><br>*Defendants*. | No. 2:20-cv-03822-CFK |

**STIPULATION RE SCHEDULING ORDER AND
STATUS CONFERENCE**

WHEREAS, Plaintiff Zachary Greenberg filed the Complaint in this matter on August 6, 2020;

WHEREAS, the Court issued an Order (Dkt. 6) on September 3, 2020, ordering counsel for the parties in the above action to meet and confer regarding scheduling;

WHEREAS, in accordance with the Court's Order counsel for the parties met and conferred on September 9, 2020;

WHEREAS, the parties have all assented to the proposed scheduling order attached to this Stipulation.

Pursuant to Local Rule 7.4, the parties stipulate and agree to the attached scheduling order, and to the Court setting a status conference at its convenience. Additionally, the parties have agreed to delay Fed. R. Civ. P. 26(a) initial disclosures until after a decision on a motion to dismiss the Complaint. Unless the Court orders otherwise, the parties will submit a Rule 26(f) report three days in advance of that conference as per the Court's standing order.

Dated: September 11, 2020

Respectfully submitted,

/s/ Adam E. Schulman
Adam E. Schulman (PA Bar No. 309749)
HAMILTON LINCOLN LAW INSTITUTE
1629 K Street, NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856

*Attorney for Plaintiff Zachary Greenberg*


/s/Michael Daley
Michael Daley, Esquire
Attorney I.D. PA77212
Megan L. Davis, Esquire
Attorney I.D. No. PA321341
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

*Attorneys for Defendants*.

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case.


DATED: September 11, 2020


*(s) Adam Schulman*
Adam Schulman