

**1629 K STREET NW, SUITE 300**
**WASHINGTON, D.C. 20006**

**HAMILTON LINCOLN**
**LAW INSTITUTE**

Adam Schulman
Hamilton Lincoln Law Institute
1629 K Street NW, Suite 300
Washington, DC 20006
(610) 457-0856
adam.schulman@hlli.org

September 16, 2020

<u>*Via ECF*</u>

Judge Chad Kenney
United States District Court for the Eastern District of Pennsylvania
6614 James A. Bryne United States Courthouse
601 Market Street, Independence Mall West
Philadelphia, PA 19106

  Re: *Greenberg v. Haggerty, et. al.*, No. 2:20-cv-03822-CFK (E.D. Pa.)

Dear Judge Kenney:

  In response to the Court's notice (Dkt. 9) of September 15, 2020, I reaffirm my previous letter (Dkt. 8) and state for the record that we agree with Your Honor remaining on the case notwithstanding the disclosures from Defendants' counsel.

        Sincerely,

        <u>/s/ *Adam Schulman*  </u>
        Adam Schulman

        *Attorney for Plaintiff Zachary Greenberg*

cc:  Counsel of record via ECF

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case.

DATED: September 16, 2020

*(s) Adam Schulman*
Adam Schulman