# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 20-3822 |
| | : | |
| **JAMES C. HAGGERTY, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **30th** day of **November 2020**, upon consideration of the Notice of Supplemental Authority (ECF No. 27) filed by Plaintiff, it is hereby **ORDERED** and **DECREED** that Plaintiff's Notice of Supplemental Authority (ECF No. 27) is **STRICKEN** from the record.  The parties are advised not to file a notice of supplemental authority unless, since the time of oral argument, a new case is published that specifically speaks to Rule of Professional Conduct 8 as adopted by Pennsylvania and is at issue here or a new case is published from a circuit court addressing issues relevant to the issues here.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**