# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : : | **No. 20-3822** |
| **JAMES C. HAGGERTY,** *in his official capacity as Board Chair of The Disciplinary Board of the Supreme Court of Pennsylvania,* **et al.,** *Defendants.* | : : : : : : | |

## ORDER

**AND NOW**, this **7th** day of **December 2020**, upon consideration of Defendants' Motion to Dismiss (ECF No. 15), Plaintiff's response thereto (ECF No. 25), and the oral argument held on November 13, 2020 (ECF No. 26), it is hereby **ORDERED** and **DECREED** that Defendants' Motion to Dismiss (ECF No. 15) is **DENIED**. Defendants must file an Answer to the Complaint on or before December 22, 2020.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**
