## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **No. 20-3822** |
| | : | |
| **JAMES C. HAGGERTY,** *in his official* | : | |
| *capacity as Board Chair of The* | : | |
| *Disciplinary Board of the Supreme* | : | |
| *Court of Pennsylvania,* **et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 7**th** day of **December 2020**, upon consideration of Plaintiff's Motion for Preliminary Injunction (ECF No. 16), Defendants' response thereto (ECF No. 24), the parties' Stipulated List of Facts for Purposes of Preliminary Injunction Motion (ECF No. 21), and the oral argument held on November 13, 2020 (ECF No. 26), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Preliminary Injunction (ECF No. 16) is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion;

2. Defendants are **PRELIMINARILY ENJOINED** from enforcing Pennsylvania Rule of Professional Conduct 8.4(g);

3. This preliminary injunction is immediately effective upon the issuance of this Order;

4.  Plaintiff shall not be required to post a bond pursuant to Federal Rule of

    Civil Procedure 65(c), as both parties agree no bond is necessary and the

    circumstances of this case represent an instance warranting an exception to

    the bond requirement of Rule 65(c).  *See* ECF No. 21 at ¶ 50 ("The

    Defendants bear no risk of financial loss if they are wrongfully enjoined in

    this case.")

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**