IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 20-3822 |
| **JAMES C. HAGGERTY,** *in his official capacity as Board Chair of The Disciplinary Board of the Supreme Court of Pennsylvania,* **et al.,** *Defendants.* | : : : : : : | |

## ORDER

**AND NOW**, this **22nd** day of **December 2020**, upon consideration of the parties' Joint Motion to Stay This Case Pending Resolution of Defendants' Third Circuit Appeal (ECF No. 32), it is hereby **ORDERED** and **DECREED** that the parties' Joint Motion to Stay This Case Pending Resolution of Defendants' Third Circuit Appeal (ECF No. 32) is **GRANTED**.

It is **ORDERED** that any further trial court proceedings are **STAYED** until the Third Circuit Court of Appeals resolves Defendants' appeal of this Court's December 7, 2020, Order granting a preliminary injunction. (ECF No. 31.) It is further **ORDERED** that the Clerk of Court shall place this matter into civil suspense until further order of the Court.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**