IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **NO. 20-3822** |
| | : | |
| **JAMES C. HAGGERTY, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **13th** day of **May 2021**, it is hereby **ORDERED** that a Status

Conference is scheduled for Tuesday, June 22, 2021, at 10:00 a.m. before the Hon. Chad

F. Kenney. The conference will take place in Judge Kenney's Chambers on the 6th floor

of the James A. Byrne Courthouse at 601 Market Street, Philadelphia, PA 19106.


                                        BY THE COURT:

                                        /s/ Chad F. Kenney
                                        _____
                                        **CHAD F. KENNEY, JUDGE**

1