# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | |
| **JAMES C. HAGGERTY, et al.,** *Defendants.* | : : | NO. 20-cv-03822 |

## ORDER

    **AND NOW**, this 10th day of August 2021, upon review of the docket and the entry of this Court's Scheduling Order (ECF No. 47), it is hereby **ORDERED** that the above-captioned matter shall be removed from stay/civil suspense and returned to the active docket.

                                        **BY THE COURT:**

                                        */s/ Chad F. Kenney*

                                        **CHAD F. KENNEY, JUDGE**