## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY GREENBERG | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 2:20-CV-3822 |
| v. | : | |
| | : | |
| JOHN P. GOODRICH, in his | : | |
| official capacity as Board Chair of the | : | Hon. Chad F. Kenney |
| Disciplinary Board of the Supreme | : | |
| Court of Pennsylvania, et al. | : | |
| | : | |
| *Defendants* | : | |

## <u>Order</u>

**AND NOW** this _____ day of September 2021, upon consideration of

Defendants' Unopposed Motion to Modify the August 6, 2021, Scheduling Order, it

is **ORDERED** that the Motion is **GRANTED**.  The August 6, 2021, Scheduling

Order is modified as follows:

1.      The parties shall file Stipulated Facts and Declarations no later than

October 1, 2021.

2.      Discovery shall be completed by November 1, 2021.

3.      Motions for summary judgment and briefs are due no later than

November 16, 2021.


By the Court:


_____

Chad F. Kenney, Judge

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY GREENBERG | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 2:20-CV-3822 |
| v. | : | |
| | : | |
| JOHN P. GOODRICH, in his | : | |
| official capacity as Board Chair of the | : | Hon. Chad F. Kenney |
| Disciplinary Board of the Supreme | : | |
| Court of Pennsylvania, et al. | : | |
| | : | |
| *Defendants* | : | |

### Defendants' Unopposed Motion
### to Modify the August 6, 2021, Scheduling Order

Defendants move this Honorable Court to Modify the August 6, 2021,

Scheduling Order on the following grounds:

1.      By Order of August 6, 2021, this Court issued an Order adopting the

parties' proposed scheduled deadlines. (Doc. 47.)

2.      Under that Order, the parties' Stipulation of Facts and declarations

are due September 24, 2021.

3.      In order to finalize the Stipulation and declarations, Defendants are

requesting that the parties have one additional week to file them until October 1,

2021.

4.      The additional time will allow the parties to complete these documents

for filing.

5.      In order to maintain the time periods for the remaining deadlines in the Scheduling Order, the parties request that the discovery deadlines and the due date for the motions for summary judgment and briefs also be moved back one week.

6.      Thus, the proposed discovery deadline would be November 1, 2021, and the motions for summary judgment and briefs would be due November 16, 2021.

7.      Plaintiff's counsel consents to this Motion.

**WHEREFORE**, Defendants request that this Honorable Court grant this Motion and modify the August 8, 2021, Scheduling Order as proposed.

Respectfully submitted,


s/**Michael Daley**
MICHAEL DALEY, ESQUIRE
Attorney I.D. PA 77212
MEGAN L. DAVIS, ESQUIRE
Attorney I.D. PA 321341
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6326, Fax: (215) 560-5486

***Counsel for Defendants***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ZACHARY GREENBERG | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 2:20-CV-3822 |
| v. | : | |
| | : | |
| JOHN P. GOODRICH, in his | : | |
| official capacity as Board Chair of the | : | Hon. Chad F. Kenney |
| Disciplinary Board of the Supreme | : | |
| Court of Pennsylvania, et al. | : | |
| | : | |
| *Defendants* | : | |

## Certificate of Service

The undersigned certifies that on *September 24, 2021*, he caused the *Motion* to be served by ECF on counsel of record.

<u>s/Michael Daley</u>
MICHAEL DALEY, ESQUIRE
Attorney I.D. PA77212
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax: (215) 560-5486