# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY GREENBERG | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 2:20-CV-3822 |
| v. | : | |
| | : | |
| JOHN P. GOODRICH, in his | : | |
| official capacity as Board Chair of the | : | Hon. Chad F. Kenney |
| Disciplinary Board of the Supreme | : | |
| Court of Pennsylvania, et al. | : | |
| | : | |
| *Defendants* | : | |

## Order

**AND NOW** this  24th  day of September 2021, upon consideration of Defendants' Unopposed Motion to Modify the August 6, 2021, Scheduling Order, it is **ORDERED** that the Motion is **GRANTED**. The August 6, 2021, Scheduling Order is modified as follows:

1. The parties shall file Stipulated Facts and Declarations no later than October 1, 2021.

2. Discovery shall be completed by November 1, 2021.

3. Motions for summary judgment and briefs are due no later than November 16, 2021.

By the Court:

/s/ Chad F. Kenney
_____
Chad F. Kenney, Judge