# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **NO. 20-3822** |
| **JAMES C. HAGGERTY, et al.,** *Defendants.* | : : | |

## ORDER

**AND NOW**, this **30th** day of **December 2021**, it is hereby **ORDERED** that an oral argument on the pending Summary Judgment Motions is hereby scheduled for **Thursday, January 20, 2022 at 11:00 a.m.** in Courtroom 6A.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

1