# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : : | **No. 20-03822** |
| **JOHN P. GOODRICH,** in his official capacity as Board Chair of The Disciplinary Board of the Supreme Court of Pennsylvania, *et al.*, *Defendants.* | : : : : : : | |

## ORDER

**AND NOW**, this **24th** day of **March 2022**, upon consideration of Defendants' Motion for Summary Judgement (ECF No. 61), Plaintiff's response thereto (ECF No. 70), the parties' Stipulated List of Facts for Purposes of Summary Judgment Motions (ECF No. 53), and the oral argument held on January 20, 2022 (ECF No. 74), it is hereby **ORDERED** that for the reasons set forth in the accompanying Opinion, Defendants' Motion for Summary Judgment is **DENIED**.

                                                       **BY THE COURT:**

                                                       /s/ Chad F. Kenney
                                                       _____
                                                       **CHAD F. KENNEY, JUDGE**