IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : : | **No. 20-03822** |
| **JOHN P. GOODRICH,** in his official capacity as Board Chair of The Disciplinary Board of the Supreme Court of Pennsylvania, *et al.*, *Defendants.* | : : : : : : | |

# ORDER

**AND NOW**, this **24th** day of **March 2022**, upon consideration of Plaintiff's Motion for Summary Judgement (ECF No. 65), Defendants' response thereto (ECF No. 71), the parties' Stipulated List of Facts for Purposes of Summary Judgment Motions (ECF No. 53), and the oral argument held on January 20, 2022 (ECF No. 74), it is hereby **ORDERED** that for the reasons set forth in the accompanying Opinion, Plaintiff's Motion for Summary Judgment is **GRANTED** as follows:

1. Pennsylvania Rule of Professional Conduct 8.4(g) facially violates the First Amendment to the Constitution.

2. Pennsylvania Rule of Professional Conduct 8.4(g) facially violates the Fourteenth Amendment to the Constitution.

3. Defendants are **PERMANENTLY ENJOINED** from enforcing Pennsylvania Rule of Professional Conduct 8.4(g).

4. This permanent injunction is immediately effective upon the issuance of this Order.

5. The Clerk's office is directed to **ENTER JUDGMENT** in favor of Plaintiff consistent with this Order.

6. The Clerk's office is directed to close the case and shall direct a copy of this Order to all counsel of record.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**