# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY GREENBERG,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 20-03822** |
| **JOHN P. GOODRICH,** in his official capacity as Board Chair of The Disciplinary Board of the Supreme Court of Pennsylvania, *et al.,* *Defendants.* | : : : : : : | |

## ORDER

**AND NOW**, this **29th** day of **March 2022**, upon consideration of Plaintiff's Motion for Extension of Time to File Motion for Attorney's Fees (ECF No. 79), it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff's Rule 54(d) deadline is extended to fourteen days after the exhaustion of Defendants' right to appeal the Court's Order (ECF No. 78).

                                                  **BY THE COURT:**

                                                  /s/ Chad F. Kenney
                                                  _____
                                                  **CHAD F. KENNEY, JUDGE**