# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY GREENBERG, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : : | No. 20-03822 |
| JAMES C. HAGGERTY, in his official capacity as Board Chair of The Disciplinary Board of the Supreme Court of Pennsylvania, *et al.*, *Defendants.* | : : : : : | |

## ORDER

**AND NOW**, this **19th** day of **October 2023**, upon the Third Circuit's order reversing this Court's prior summary judgment orders and directing this Court to dismiss the case for lack of standing, it is hereby **ORDERED** that this case is **DISMISSED** for lack of standing. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**